UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

```
SHERRESE M. WILLIAMS, et al.,      )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )   Civil Action No. JFM 00 CV 3348
                                    )
WORLDCOM, INC., et al.,             )
                                    )
        Defendants.                 )
                                    )
```

## PLAINTIFFS' UNOPPOSED MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs Sheresse M. Williams and Toni Alberta Kirklewski ("Plaintiffs"), by and through their attorney and pursuant to Fed. R. Civ. P. 15(a) and Local Rule 103(6), hereby submit their unopposed motion for leave of court to file their Amended Complaint. In support of their motion, Plaintiffs state as follows:

1. On November 9, 2000, Plaintiffs filed their Complaint commencing this action.

2. On November 28, 2000 and December 13, 2000, Plaintiffs served defendants WorldCom, Inc. and Lisa Tawney (Scheuerman), respectively. WorldCom and Ms. Tawney have filed answers and counsel have conducted their meeting pursuant to Fed. R. Civ. P. 26(f). On February 13, 2001, counsel for WorldCom and Ms. Tawney gave his consent to Plaintiffs' filing of the Amended Complaint.

3. On February 6, 2001, Plaintiffs served defendant Michael Bowers. To Plaintiffs' knowledge, Mr. Bowers has not yet filed an answer. Therefore, Plaintiffs are not required to obtain his consent in order to file their Amended Complaint. See Fed. R. Civ. P.

1