UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

February 21, 2001

MEMO TO COUNSEL RE: Sherrese M. Williams, et al. v. Worldcom, Inc., et al.
Civil No. JFM-00-3348

Dear Counsel:

A scheduling conference will be held at 8:30 a.m. on March 23, 2001. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

J. Frederick Motz
United States District Judge

P.S. Discovery should continue between now and the date of the conference.