UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

March 23, 2001

Memo To Counsel Re: Sherrese Williams, et al. v. WorldCom, Inc, et al.
Civil No. JFM-00-3348

Dear Counsel:

This will confirm the matters we discussed over the telephone this morning, that I adopt the discovery plan you set forth in the report of your planning meeting filed on February 1, 2001.

In addition to the matters set forth in the report, during our conference we agreed that each side would be limited to 50 hours of depositions of fact witnesses. We also agreed that you would provide me with a report on or before May 15, 2001 as to whether you believe that a mediation conference with a magistrate judge prior to the retention of experts and the disclosure of their reports and perhaps before the conclusion of fact discovery would be helpful.

I have attached a copy of your February 1, 2001 report, and ask that the Clerk docket this letter as a scheduling order.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File