# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYL.

MAR

SHERRESE M. WILLIAMS Plaintiff(s)
et al., vs.

WORLDCOM, INC., et al.

Defendant(s)

Civil Action No. JFM 00 CV 3348

FEE PAID
FEE NOT PAID

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __STEVEN M. SPRENGER__ Esquire a member of the Bar of this court, moves the admission of __CYNTHIA J. TOTTEN__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __SHERRESE M. WILLIAMS & TONI KIRKLEWSKI__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __CALIFORNIA__

and/or the following United States Court(s): ____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __ZERO__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __PROPOSED ADMITTEE IS CURRENTLY IN THE PROCESS OF APPLYING FOR ADMISSION TO THE DISTRICT OF COLUMBIA BAR. AT THE PRESENT TIME SHE IS PRACTICING LAW IN WASHINGTON, D.C. PURSUANT TO RULE 49(c)(8) OF THE DISTRICT OF COLUMBIA COURT OF APPEALS.__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: *[signature]*
Signature

SPRENGER & LANG, PLLC.
Address
3100 BROADWAY, SUITE 1210
KANSAS CITY, MO 64111

(816) 960-4500
Office phone number

(816) 960-4600
Fax number

06098
Md. U. S. District Court Number

PROPOSED ADMITTEE: *[signature] Cynthia T ___*
Signature

SPRENGER & LANG, PLLC.
Address
1614 TWENTIETH STREET, N.W.
WASHINGTON, DC 20009

(202) 772-1155
Office phone number

(202) 332-6652
Fax number

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

*March 23, 2001*
Dated

*[signature]*
Judge, U. S. District Court