## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SHERRESE M. WILLIAMS, et al.,

                  Plaintiff(s)

          vs.

WORLDCOM, INC., et al.,

                  Defendant(s)

Civil Action No. JFM 00 CV 3348

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Steven M. Sprenger__ Esquire

a member of the Bar of this court, moves the admission of __Lawrence P. Schaefer__ Esquire to

appear pro hac vice in the captioned proceeding as counsel for __Plaintiffs__

   Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Minnesota__

and/or the following United States Court(s): __District of Minnesota__

   2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court __0__ time(s).

   3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: __N/A. The proposed admitee has never been__

__disbarred, suspended, or denied admission to practice.__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U. S. DISTRICT COURT

_____ FILED       _____ ENTERED

_____ LODGED    _____ RECEIVED

Revised 6/98

APR 5 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or
_____ N/A _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:                                    PROPOSED ADMITTEE:

_____                 _____
Signature                                  Signature
Sprenger + Lang, PLLC                      Sprenger & Lang, PLLC
3100 Broadway Ste 1210                     325 Ridgewood Avenue
Address                                    Address

Kansas City, mo 64111                      Minneapolis, MN 55403

816-960-4500                               (612) 871-8910
Office phone number                        Office phone number

816-960-4600                               (612) 871-9270
Fax number                                 Fax number

06098
Md. U. S. District Court Number

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____                 _____
Dated                                      Judge, U. S. District Court