IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| SHERRESE WILLIAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. JFM 00 CV 3348 |
| ) | |
| WORLDCOM, INC, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE
OF ATTORNEY STEVEN E. REICHERT**

In consideration of the Motion for Leave to Withdraw Appearance of Plaintiffs'
"Of Counsel" Attorney Steven E. Reichert, the motion is hereby granted.

IT IS SO ORDERED.

Dated: May 17, 2001

_____
HON. J. FREDERICK MOTZ
United States District Judge

PRESENTED BY:

Dated: _____

_____
Steven Sprenger (D. Md. Federal Bar
No. 06098 and MO No. 43994)
SPRENGER & LANG, PLLC
3100 Broadway, Suite 1210
Kansas City, Missouri 64111
Telephone:  (816) 960-4500
Facsimile:   (816) 960-4600

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May 2001, I served the original of the Motion for Leave to Withdraw Appearance of Plaintiffs' "Of Counsel" Attorney Steven E. Riechert and the Order Granting Motion for Leave to Withdraw Appearance of Attorney Steven E. Reichert by first class mail, postage prepaid, upon: Emmett F. McGee, Jr., Piper Marbury Rudnick & Wolfe, LLLP, 6225 Smith Avenue, Baltimore, MD 21209-3600.

_____
Attorney for Plaintiff