UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

|  |  |  |
|---|---|---|
| SHERRESE M. WILLIAMS, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. JFM 00 CV 3348 |
| WORLDCOM, INC., et al., | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO EXTEND SETTLEMENT ORDER

In consideration of the Motion to Extend the Settlement Order, the motion is hereby granted. Accordingly, it is ORDERED that:

The Settlement Order shall be extended for thirty days, until October 26, 2001.

Dated: _Sept 24, 2001_

_____
HON. J. FREDERICK MOTZ
United States District Judge

PRESENTED BY:

Dated: _September 25, 2001_

_____
Steven M. Sprenger (D. Md. Federal Bar No. 06098 and MO No. 43994)
SPRENGER & LANG, PLLC
3100 Broadway, Suite 1210
Kansas City, MO 64111
(816)960-4500
(816)960-4600 Fax

Attorney for Plaintiffs

1