UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

OCT 31 2001

Northern Division

| | | |
|---|---|---|
| SHERRESE M. WILLIAMS and TONI ALBERTA KIRKLEWSKI | * | |
| | * | |
| **Plaintiffs** | * | Civil Action No. JFM 00 CV 3348 |
| | * | |
| WORLDCOM, INC., et al. | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, the parties to

this action, by their undersigned attorneys, do hereby stipulate and agree that this action

shall be, and hereby is, dismissed with prejudice.

Steven M. Sprenger
 Federal Bar No. 06098
SPRENGER & LANG, PLLC
1614 Twentieth Street, N.W.
Washington, D.C. 20009-1001

Emmett McGee
 Federal Bar No. 08462
PIPER MARBURY RUDNICK &
 WOLFE LLP
6226 Smith Avenue
Baltimore, Maryland  21220

Attorneys for Plaintiffs
Sherrese M. Williams and
Toni Alberta Kirklewski

Attorneys for Defendants
WorldCom, Inc. and Lisa Tawney
Scheuerman



MICROFILM
NOV 1